IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TEREZA FARAGOZA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:16-CV-46 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability insurance benefits and supplemental security income benefits. The United States Magistrate Judge entered a Report and Recommendation on September 8, 2017, recommending therein that the decision of the Commissioner be affirmed. No objections have been filed of record as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case. The undersigned hereby ADOPTS the Report and Recommendation of the Magistrate Judge, and AFFIRMS the administrative decision of the Commissioner.

IT IS SO ORDERED.

ENTERED this __26th__ day of __September__ 2017.

s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE